IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr118-MHT |
| | ) | (WO) |
| CLARENCE WRIGHT LANE, JR. | ) | |

ORDER

Based on the representations made on the record on July 3, 2019, it is ORDERED that:

(1) Defendant Clarence Wright Lane, Jr.'s motion to review the magistrate judge's detention order (doc. no. 42) is set for argument and an evidentiary hearing on July 25, 2019, at 9:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The parties have agreed that the court can rely on the evidence presented to the magistrate judge on February 27, 2019, and any additional evidence presented on July 25.

(2) The government is to file a written response to the motion (doc. no. 42) by July 22, 2019.

DONE, this the 3rd day of July, 2019.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**