IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr118-MHT |
| | ) | (WO) |
| CLARENCE WRIGHT LANE, JR. | ) | |

ORDER

It is ORDERED that:

(1) Defendant Clarence Wright Lane, Jr.'s motion to reschedule hearing (doc. no. 46) is granted.

(2) Defendant Lane's motion to review the magistrate judge's detention order (doc. no. 42) is reset for argument and an evidentiary hearing on July 24, 2019, at 9:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The parties have agreed that the court can rely on the evidence presented to the magistrate judge on February

27, 2019, and any additional evidence presented on July 24.

(3) The government is still to file a written response to the motion (doc. no. 42) by July 22, 2019.

DONE, this the 3rd day of July, 2019.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE