IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-cr-118-MHT |
| | ) | (WO) |
| CLARENCE WRIGHT LANE, JR. | ) | |

**FINAL ORDER OF FORFEITURE**

Before the court is the government's motion for a final order of forfeiture.

On January 3, 2020, this court entered a preliminary order of forfeiture (doc. no. 111) ordering defendant Clarence Wright Lane, Jr. to forfeit his interest in miscellaneous ammunition. Because that property is worth less than $1,000 and the defendant and co-defendant Khiry Devon Lacey are the only potential claimants, publication of notice was not required. Fed. R. Civ. P. Supp. R. G(4)(a)(i)(A). The government gave notice to defendants Khiry Devon Lacey and Clarence Wright Lane, Jr. in the superseding indictment (doc. no. 25) that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. § 922(d)(1) and (j), and 21 U.S.C. §§ 841(a)(1) and 846.

The court finds that the defendant has an interest in the property that is subject to forfeiture under 18 U.S.C. § 924(d)(1) by 28 U.S.C. §2461(c) and 21 U.S.C. § 853.  The government has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. §§ 922(d)(1) and (j) and 21 U.S.C. § 846.

It is therefore ORDERED that the government's motion for a final order of forfeiture (doc. no. 170) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. §2461(c) and 21 U.S.C. § 853: **miscellaneous ammunition.**

      2.      All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

      3.      The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

      4.      The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 10th day of November, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE