PROB 12B
(1/2023)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

Name of Offender: Clarence Wright Lane, Jr.      Case Number: 2:19cr118-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: October 30, 2020

Original Offense: Count 1: Possessing a Firearm Known to be Stolen, 18 U.S.C. § 922(j) and 18 U.S.C. § 924(a)(2); Counts 2, 3, 4, 7, 9, 11, 12, 14: Disposing of a Firearm to a Convicted Felon, 18 U.S.C. § 922(d)(1) and 18 U.S.C. § 924(a)(2); and Count 5: Conspiracy to Distribute and Possession with Intent to Distribute Controlled Substances, 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(A)(viii)

Original Sentence: 70 months confinement followed by a 5-year term of supervised release

Type of Supervision: Supervised Release      Date Supervision Commenced: November 15, 2023

---

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

You shall participate in the Location Monitoring Program and shall comply with the conditions of home detention, which will be monitored by a location monitoring system determined by your probation officer, for a period of 6 months. You shall wear (a) location monitoring device(s) and follow the monitoring procedures specified by your probation officer. You shall pay all costs of the program based upon your ability to pay as determined by your probation officer.

### CAUSE

Lane is currently in custody due to pending supervised release revocation proceedings. Assistant United States Attorney Eric Counts and Federal Defender Stephen Ganter agreed that Lane shall be released from custody, pending the outcome of new criminal firearms charges he is facing in the Macedonia, Ohio. Government and Defense counsel further agreed, Lane shall participate in the Location Monitoring Program and shall comply with the conditions of home detention, which will be monitored by a location monitoring system determined by the probation officer, for a period of 6 months, to ensure Lane doesn't leave the Middle District of Alabama. The Court will schedule a status conference with all parties in six months to revisit Lane's pending supervised release revocation petition.

Lane consulted with his attorney and agreed to the proposed modification by signing PROB 49 (Waiver of Hearing to Modify Conditions of Supervised Release). It is, therefore, recommended that the Court modify Lanes' conditions of supervised release to include the above-listed special condition.

The Honorable Myron H. Thompson, U.S. District Judge
January 23, 2025
Page 2

**RE: Lane, Clarence Wright, Jr.**
    Dkt. # 2:19cr118-MHT
    <u>**PROB 12B**</u>

Respectfully submitted,

by /s/ Chris Robertson
United States Probation Officer

Date: January 23, 2025

Reviewed and approved by: /s/ DeAndre Meadows
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☐ The Extension of Supervision as noted above.

☒ The Modification of Conditions as noted above.

☐ Other

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

January 23, 2025
Date