IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr118-MHT |
| | ) | (WO) |
| CLARENCE WRIGHT LANE, JR. | ) | |

## ORDER

Upon consideration of the joint motion to dismiss the revocation petition (Doc. 201), it is ORDERED that:

(1) The motion is granted.

(2) The petition for revocation of supervised release (Doc. 183) is dismissed.

(3) The following condition of supervised release is rescinded: "You shall participate in the Location Monitoring Program and shall comply with the conditions of home detention, which will be monitored by a location monitoring system determined by your probation officer, for a period of 6 months. You shall wear (a) location monitoring device(s) and follow the monitoring procedures specified by your probation officer. You shall pay all costs of the program based upon your ability to pay as

determined by your probation officer." *See* Order (Doc. 199).

(4) The status conference set for July 23, 2025, is cancelled.

DONE, this the 26th day of February, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**